IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00865-CMA-KLM

KRISTIN MCINTOSH,

    Plaintiff,

v.

LIV'N LARGE II, a Colorado corporation d/b/a Fat Jacks Super Subs, and
JUDY E. HANDLER IRREVOCABLE TRUST, Trustee,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Judy E. Handler Irrevocable Trust's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(5)** [Docket No. 15; Filed May 21, 2012] (the "Motion"), which asserts insufficient service of process. The Motion is referred to this Court for resolution [#16]. On June 22, 2012, Defendant Judy E. Handler Irrevocable Trust filed an Unopposed Motion to Reschedule Scheduling Planning Conference, in which it conceded that the trustee of the Jude E. Handler Irrevocable Trust was served on June 7, 2012. *See* [#32]. Defendant Judy E. Handler Irrevocable Trust's answer or other response to Plaintiff's Complaint is due on or before June 28, 2012. *See* [#25] (Aff. of Service). Accordingly,

    IT IS HEREBY **ORDERED** that Defendant Judy E. Handler Irrevocable Trust's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(5) [#15] is **DENIED AS MOOT**.

    Dated:  June 27, 2012