## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 12-cv-00865-CMA-KLM

KRISTIN McINTOSH,

    Plaintiff,

v.

LIV'N LARGE II, a Colorado corporation, d/b/a FAT JACKS SUPER SUBS, and Trustee for JUDY E. HANDLER IRREVOCABLE TRUST,

    Defendants.

---

### ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT LIV'N LARGE II, D/B/A FAT JACK'S SUPER SUBS

---

This matter is before the Court on Plaintiff's Motion for Voluntary Dismissal with Prejudice Solely as to Defendant Liv'n Large II, d/b/a Fat Jack's Super Subs ("Fat Jack's"). (Doc. # 40.)  In this case, Plaintiff brings suit against both defendants for allegedly violating the American with Disabilities Act ("ADA").  Plaintiff requests attorneys' fees and costs, compensatory damages, and injunctive relief.  (Doc. # 1, ¶¶ 26, 28-29.)

In this motion, filed on July 26, 2012, Plaintiff moves to dismiss Fat Jack's with prejudice pursuant to Fed. R. Civ. P. 41(a)(2) because they have reached a settlement agreement.  (Doc. # 40.)  Two days before the instant motion was filed, Defendant Judy E. Handler Irreovcable Trust ("Handler") filed objections to Plaintiff's previous motion to

dismiss Fat Jack's pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).[1]  In those objections, Handler also argued that the motion to dismiss should not be granted under Fed. R. Civ. P. 41(a)(2). (Doc. # 38.)  Thus, the Court will consider Handler's objections with respect to the instant motion.

Without citation to any supporting authority, Defendant Handler argues that Fat Jack's should not be dismissed unless Plaintiff discloses a copy of her confidential settlement agreement with Fat Jack's.  The Court declines to order such disclosure.  Although partial disclosure of the settlement agreement may eventually be necessary to set-off any damages award Plaintiff may receive in her case against Defendant Handler, such disclosure is not necessary at this stage in the litigation.

Accordingly, it is ORDERED that Plaintiff's Motion for Voluntary Dismissal with Prejudice Solely as to Defendant Liv'n Large II, d/b/a Fat Jack's Super Subs (Doc. # 40) is GRANTED.  It is

FURTHER ORDERED that Plaintiff and Defendant Liv'n Large II shall pay her or its own attorneys' fees and cost.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Liv'n Large II, d/b/a Fat Jack's Super Subs as a Defendant in this case.

DATED:  July  30 , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] Plaintiff's previous motion to dismiss Fat Jack's pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) has been withdrawn.  (Doc. # 39.)